THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ORDER SETTING STATUS CONFERENCE**

District Judge David Nuffer
(sitting under designation from the Tenth Circuit Court of Appeals on
Motions to Dismiss Indictment and Disqualify United States Attorney)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| v. | |
| JULIAN GUNTHER, Defendant. | Case No. 1:25-cr-03366-JB |
| RYAN NOLAN KEE, Defendant. | Case No. 1:25-cr-03356-KG |
| JOSHUA BLACK, Defendant. | Case No. 1:25-cr-03354-MLG |
| JOSE MAGANA GARCIA, Defendant. | Case No. 1:25-cr-03549-JB |
| JACOB EZEKIEL MARTINEZ, Defendant. | Case No. 2:25-cr-03253-SMD |
| EDISON BRADY, Defendant. | Case No. 1:24-cr-01105-MLG |
| RAFAEL RAMIREZ-MARTINEZ, Defendant. | Case No. 1:22-cr-01721-KWR |
| BRYSON CHEE, Defendant. | Case No. 1:25-cr-03353-JB |
| ALI ALHIGAIMI ESQUEDA, Defendant. | Case No. 1:25-cr-03250-JB |
| LEON JEREMY POELLNITZ, Defendant. | Case No. 1:25-cr-03858-KG |
| SEALED, Defendant. | Case No. 1:25-cr-03837-MLG |

To effectively and efficiently coordinate the disposition of Defendants' Motions to Dismiss Indictment and Disqualify United States Attorney,[1] including logistics for any oral

---

[1] ECF no. 21 in *United States v. Poellnitz*, 1:25-cr-03858-KG (D. N.M.), filed Oct. 1, 2025; ECF no. 21 in *United States v. Esqueda*, 1:25-cr-03250-JB (D. N.M.), filed Oct. 1, 2025; ECF no. 20 in *United State v. Chee*, 1:25-cr-03353-JB (D. N.M.), filed Sept. 30, 2025; EFC no. 16 in *United States v. Gunther*, 1:25-cr-03366-JB (D. N.M.), filed Sept. 15, 2025; ECF no. 19 in *United States v. Kee*, 1:25-cv-03356-KG (D. N.M.), filed Sept. 16, 2025;

argument, a STATUS CONFERENCE is set for Thursday October 16, 2025, at 9:00 a.m., via Zoom.gov. A separate email containing technical instructions for attending the Status Conference via Zoom.gov will be sent to counsel.

Counsel should consider whether any oral argument in this case can be held by Zoom.gov in light of the financial constraints throughout the federal government and applicable policies.

IT IS FURTHER ORDERED that by no later than 4:00 p.m. MDT, on Tuesday October 14, 2025, counsel must file in each of the above-captioned cases a notice listing cases of which they are aware from other jurisdictions having similar motions to dismiss and disqualify the United States Attorney. The notice should identify the case name, case number, jurisdiction, and the citation of any decisions on the similar motions. The notice does not need to include the following cases:

- *United States v. Giraud et al.*, No. 25-2635 (3d Cir.);

- *United States v. Giraud et al.*, Nos. 1:24-cr-00768 and 2:25-cr-00436 (D. N.J);

- *United States v. Garcia et al.*, Nos. 2:25-cr-00230-DGC-BNW, 2:25-cr-00227-DGC-BNW, 2:25-cr-00240-DCG-BNW, 3:25-cr-00026-DGC-CLB (D. Nev.); and

- *United States v. Ramirez*, No. 5:25-cr-00264-SSS (C.D. Cal.).

Signed October 9, 2025.

BY THE COURT

_David Nuffer_
David Nuffer
United States District Judge

---

ECF no. 20 in *United States v. Black*, 1:25-cr-03354-MLG (D. N.M.), filed Sept. 10, 2025; ECF no. 16 in *United States v. Garcia*, 1:25-cr-03549-JB (D. N.M.), filed Sept. 12, 2025; ECF no. 20 in *United States v. Martinez*, 2:25-cr-03253-SMD (D. N.M.), filed Sept. 10, 2025; ECF no. 100 in *United States v. Brady*, 1:24-cr-01105-MLG (D. N.M.), filed Sept. 16, 2025; ECF no. 111 in *United States v. Ramirez-Martinez*, 1:22-cr-01721-KWR (D. N.M.), filed Sept. 17, 2025; ECF no. 22 in *United States v. SEALED*, 1:25-cr-03837-MLG (D. N.M.), filed under seal Oct. 7, 2025.