IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 25-CR-3354 MLG |
| ) | |
| JOSHUA BLACK, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SIMILAR DISMISSAL OR DISQUALIFICATION MOTIONS**

In response to the Court's order that counsel provide a notice "listing cases of which they are aware from other jurisdictions having similar motions to dismiss and disqualify the United States Attorney," counsel for the United States report that they are aware of no publicly filed challenges to Acting U.S. Attorneys in other districts other than the three jurisdictions already listed in the Court's order. The United States is aware, however, of similar challenges filed in those three districts in case numbers not already listed:

In the District of New Jersey:

- *United States v. Naviwala*, 24-cr-00099 (MWB) (motion stayed pending disposition of the appeal in *Giraud*);

- *United States v. Pena et al.*, 25-cr-00520 (MWB) (motion pending);

- *United States v. Lott*, 22-cr-00382 (MWB) (motion pending);

- *United States v. Cifelli, et al.*, 22-cr-00172 (MAS) (motion pending);

- *United States v. Kaczka et al.*, 2:23-CR-00726 (ES) (motion pending).

In the Central District of California:

- *United States v. Rojas*, 2:22-CR-573-FWS (consolidated with *United States v. Ramirez*, No. 5:25-cr-00264-SSS, listed in the Court's order)

- *United States v. Garcia*, 2:25-cr-655-MEMF (consolidated with *United States v. Ramirez*, No. 5:25-cr-00264-SSS, listed in the Court's order)

- *United States v. Grant et al.*, 24-CR-621-MWF (Doc. 228) (stayed pending the decision in *Rojas*)

In the District of Nevada, counsel are aware that numerous follow-on challenges have been filed since *United States v. Garcia*, et al., Nos. 2:25-cr-00230-DGC-BNW, 2:25-cr-00227-DGC-BNW, 2:25-cr-00240-DCG-BNW, 3:25-cr-00026-DGC-CLB, none of which have yet been ruled upon, but counsel have not yet been able to obtain a list of such cases. Should the Court desire additional detail on these cases, counsel for the United States will endeavor to obtain it.

Respectfully submitted,

**RYAN ELLISON**
Acting United States Attorney

/s/
**C. PAIGE MESSEC**
**KIMBERLY BRAWLEY**
Assistant U.S. Attorneys
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-7274
(505) 246-7296 fax

2