IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | No. 25-CR-3354 MLG | |
| § | | |
| **JOSHUA BLACK,** § | | |
| § | | |
| **Defendant.** § | | |

**NOTICE OF SIMILAR DISMISSAL OR DISQUALIFICATION MOTIONS**

In response to the Court's order that counsel provide a notice "listing cases of which they are aware from other jurisdictions having similar motions to dismiss and disqualify the United States Attorney," undersigned reports that she is aware of no publicly filed challenges to Acting U.S. Attorneys in other districts other than the three jurisdictions already listed in the Court's order and in the cases listed in the Government's notice. However, the Government appealed the decision in *United States v. Garcia et.al*. The cases have been consolidated on appeal in *United States v. Garcia,* 25-6229 (9th Cir.).

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
Margaret_katze@fd.org


 /s/ *filed electronically on 10/14/25*
MARGARET A. KATZE, FPD
Attorney for Joshua Black

# Exhibit 1



**U.S. Department of Justice**

*United States Attorney*
*District of New Mexico*

201 3rd St. NW, Ste. 900    Phone: (505) 346-7274
Albuquerque, NM 87102    Fax: (505) 346-7296

August 13, 2025

Attorney General Pamela Bondi
United States Department of Justice
Robert F. Kennedy Building, Room 5111
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dear Attorney General Bondi:

I hereby resign my position as Interim United States Attorney for the District of New Mexico, effective at 5:00 pm today, August 13, 2025.

I look forward to continuing to lead the United States Attorney's Office for the District of New Mexico. I am honored to have your confidence to serve the people of New Mexico.

Sincerely,

RYAN ELLISON
United States Attorney

# Exhibit 2



Office of the Attorney General
Washington, D. C. 20530

ORDER NO.

DESIGNATION OF RYAN ELLISON AS
FIRST ASSISTANT UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW MEXICO

By virtue of the authority vested in the Attorney General by law, including 28 U.S.C. § 509 and 510, I hereby designate Ryan Ellison as First Assistant United States Attorney for the District of New Mexico, effective upon his resignation as United States Attorney for the District of New Mexico and when he returns to paid status as an Assistant United States Attorney. During Mr. Ellison's service as United States Attorney, he has continued to encumber the position of Assistant United States Attorney. As First Assistant United States Attorney, Mr. Ellison will have authority to serve as Acting United States Attorney upon a vacancy in that office, subject to the conditions and time limitations of the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

_8/14/25_
Date

_[signature]_
Pamela Bondi
Attorney General

# Exhibit 3

**UNITED STATES DISTRICT COURT**
**106 S. Federal Place**
**Santa Fe, NM 87501**



*Kenneth J. Gonzales*
*Chief United States District Judge*

*Chambers Ph. No.*
*505-955-8830*

August 8, 2025

Ryan Ellison
United States Attorney
201 3rd Street NW, Ste. 900
Albuquerque, NM 87102

Dear Mr. Ellison,

Today I write regarding the United States District Court for the District of New Mexico's decision on whether to proceed under 28 U.S.C. § 546(d), following the expiration of your term as Interim United States Attorney for the District of New Mexico under 28 U.S.C. § 546(c)(2).

Congress has generally vested the appointment of United States Attorney in the President of the United States, by and with advice and consent of the United States Senate. 28 U.S.C. § 541(a). When a vacancy arises, however, the Attorney General may appoint a temporary United States Attorney under § 546(a). Under, § 546(c), a person appointed as United States Attorney by the Attorney General "may serve until the earlier of (1) the qualification of a United States attorney for such district appointed by the President under section 541 of this title; or (2) the expiration of 120 days after appointment by the Attorney General under this section." In your case, the 120-day period under § 546(c)(2), concludes on August 15, 2025.

Under § 546(d), the United States District Court for the District of New Mexico has the authority to appoint a United States Attorney. Specifically, § 546(d) provides, "[i]f an appointment expires under subsection (c)(2), the district court for such district may appoint a United States attorney to serve until the vacancy is filled." By its terms (in particular "may"), the statute grants district courts discretion to decide whether to exercise its authority to appoint a United States Attorney under §546(d).

After careful consideration and by general agreement the District Judges decline to exercise this Court's authority under § 546(d), at this time.

Sincerely,

*[signature]*

cc:  United States District Judges, District of New Mexico
     Mitch Elfers, Clerk of Court