IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | No.  25-CR-3354 MLG |
| JOSHUA BLACK, | § § | |
| Defendant. | § § | |

## SECOND NOTICE OF SIMILAR DISMISSAL OR DISQUALIFICATION MOTIONS

A motion to disqualify the United States Attorney was filed in *United States v. Comey*, 1:25-cr-00272, in the Eastern District of Virginia. The motion does not concern the Federal Vacancies Reform Act. Instead, it argues that the U.S. Attorney's appointment violates the Appointments Clause and 28 U.S.C. § 546. In contrast, the government primarily relies on the Federal Vacancy Reform Act as support that Mr. Ellison was validly appointed. The motion also argues the appropriate remedy for an indictment secured under an unlawfully acting U.S. Attorney is dismissal with prejudice of the indictment.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
Margaret_katze@fd.org


 /s/ *filed electronically on 10/23/25*
MARGARET A. KATZE, FPD
Attorney for Joshua black