IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § |
| Plaintiff, | § § § |
| v. | §   25-CR-3354-MLG |
| | § § |
| JOSHUA BLACK | § § |
| Defendant. | § § |

**NOTICE OF POSITION**

Joshua Black filed a Motion to Dismiss Indictment and Disqualify United States Attorney (the Motion) on September 10, 2025. (Doc. 20). The motion was reassigned to United States District Judge David Nuffer. (Doc. #) The Court entered a Case Motion Management Order (the Order) on September 24, 2025. (Doc. 25). In the Order, the Court directed the parties to address whether disposition of the Motion should be stayed pending resolution of the appeal in *United States v. Giraud et al.*, No. 25-2635 (3d Cir.). (*Id*).

"As a general principle, opinions handed down in one circuit do not bind other circuit courts." *Bacote v. Federal Bureau of Prison*, 119 F.4th 808, 814 (10th Cir. 2024). Joshua Black opposes a stay pending resolution of the appeal in *Giraud et al.* because client does not agree to additional delay, beyond what is necessary for the Court to address the Motion.

Joshua Black respectfully requests the Court address the pending Motion without imposing a stay. (*See* Doc. 20).

Dated:   October 23, 2025

                                  Respectfully submitted,

                                  FEDERAL PUBLIC DEFENDER
                                  111 Lomas Blvd., NW, Suite 501
                                  Albuquerque, NM 87102
                                  (505) 346-2489
                                  (505) 346-2494 Fax
                                  Buck_glanz@fd.org

                                  /s/ *filed electronically on 10/23/25*
                                  Buck Glanz, AFPD
                                  Attorney for Joshua Black