IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 25-3354 MLG |
| | ) | |
| JOSHUA BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' POSITION REGARDING A POTENTIAL STAY OF THIS MATTER PENDING RESOLUTION OF THE *GIRAUD* APPEAL**

In response to the Court's order that each party in these cases "address[ ] whether disposition of the defendants' Motions [in] these cases should be stayed pending resolution of the appeal in *United States v. Giraud et al.*, No. 25-2635 (3d Cir.)," the United States notifies the Court that it does not seek a stay pending the disposition of the *Giraud* appeal, nor of the similar Ninth Circuit appeals (the lead case being *United States of America v. Garcia*, No. 25-6229 (9th Cir.)) that have arisen since this Court's order. For the reasons that follow, the United States would prefer that the Court proceed to address the defendants' motions without waiting for decisions in the appeals that raise similar issues in other circuits:

    1.    Trials in some of the cases in which the motions are pending have been delayed by the motions. *See United States v. Ramirez-Martinez*, 22-1721-KWR, Doc. 123 (order granting continuance of trial date due to disqualification motion over the objection of the United States); *United States v. Brady*, 24-1105 MLG, Doc. 102 (clerk minutes reflecting same); *United States v. Black*, 25-CR-3354, Doc. 33 (order granting unopposed motion to continue trial based in part on disqualification motion); *United States v. Gunther*, 25-CR-3366, Doc. 31 (same).

    2.    As these cases proceed, additional delays are likely to result from the pendency of the motions.

3.  While the future decisions of the Third and Ninth Circuits—to be rendered in due course, at a time yet unknown—may become persuasive authority, they will not be binding upon this Court. *M.S. v. Premera Blue Cross*, 118 F.4th 1248, 1268 n.15 (10th Cir. 2024) ("Of course, neither we nor the district court are bound by out-of-circuit authority[.]").

4.  To minimize delay in the thirteen cases with pending disqualification motions, the United States asks that the motions not be stayed pending the resolution of appeals in the other circuits.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*Electronically signed*
C. PAIGE MESSEC
KIMBERLY A. BRAWLEY
Assistant U.S. Attorneys
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 3436-7274
(505) 346-7296 fax

I hereby certify that a copy of this motion was delivered via CM/ECF to counsel for Defendant.

*Electronically signed*
Kimberly A. Brawley