IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA BLACK, )<br>)<br>Defendant. ) | Cr. No. 25-3354 MLG |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States notifies the Court of a decision on a similar dismissal and disqualification motion. In a decision entered on October 28, 2025, in *United States v. Ramirez*, No. 5:25-cr-00264-SSS (C.D. Cal.) (Doc. 48), the district court concluded that Bilal A. Essayli is not lawfully serving as Acting United States Attorney for the Central District of California under the Federal Vacancies Reform Act. *Id.* at 9-34. The court nevertheless declined to dismiss any of the challenged indictments because under the FVRA's remedial provision, "actions that are delegable are not nullified," *id.* at 38, and the indictments "did not result from duties or functions that *only* Essayli could have performed," *id.* at 39. Further, there was "no showing that Essayli's supervision as Acting United States Attorney improperly interfered with the grand jury process or led to any other specific actions that prejudiced Defendants." *Id.* at 47. And while the district court disqualified Essayli from supervising the ongoing prosecutions *as Acting United States Attorney*, the court recognized that he could continue to supervise them as the validly-designated First Assistant United States Attorney. *Id.* at 49-50. Essayli's ability to "perform certain functions and duties as the FAUSA [ ] stems from the power of the Attorney General to delegate authority." *Id.* at 53.

Respectfully submitted,

**RYAN ELLISON**
Acting United States Attorney

*/s/*
**C. PAIGE MESSEC**
**KIMBERLY BRAWLEY**
Assistant U.S. Attorneys
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-7274
(505) 246-7296 fax

I hereby certify that a copy of this motion was delivered via CM/ECF to counsel for Defendant.

*/s/*
C. PAIGE MESSEC
KIMBERLY BRAWLEY
Assistant U.S. Attorneys