# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

*BEFORE SENIOR DISTRICT JUDGE DAVID NUFFER (BY DESIGNATION/ DISTRICT OF UTAH)*

**CASE NOS. & CASE CAPTIONS:**

1:22-cr-01721-KWR Ramirez-Martinez
1:24-cr-01105-MLG Brady
1:25-cr-03250-JB Esqueda
1:25-cr-03353-JB Chee
1:25-cr-03354-MLG Black
1:25-cr-03356-KG Kee
1:25-cr-03366-JB Gunther
1:25-cr-03549-JB Garcia
1:25-cr-3837 SEALED
1:25-cr-03858-KG Poellnitz
2:25-cr-03253-SMD Martinez
1:25-cr-03864-KG Dominguez

| | | | |
|---|---|---|---|
| **DATE:** | October 16, 2025 | | |
| **CRD:** | R. Robertson (UTD) | **COURT REPORTER:** | T. Sisneros (UTD) |
| **COURT IN SESSION:** | 9:00 a.m. | **COURT IN RECESS:** | 9:20 a.m. = :20 |

**TYPE OF PROCEEDING:** Status Conference (held via Zoom)

**COURT'S RULING/DISPOSITION:** see below

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**     N/A

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Kimberly Brawley/Paige Messec, AUSA | Margaret Katze, FPD (All Cases Except Mr. Bustamante's) |
| | Edward Bustamante, Appointed (1:22-cr-01721-KWR Ramirez-Martinez and 1:24-cr-01105-MLG Brady) |

**PROCEEDINGS**

**COURT IN SESSION:**     **9:00 a.m.**

**COURT:**     Calls case. Counsel enter appearances. No Defendants are present.

Counsel make their appearances and discussion heard on which counsel is appearing in each case. Ms. Messec and Ms. Brawley appear in all cases. Mr. Bustamonte appears in 1:22-cr-01721-KWR Ramirez-Martinez and 1:24-cr-01105-MLG Brady. Ms Katze appears in 1:25-cr-03250-JB Esqueda; 1:25-cr-03353-JB Chee; 1:25-cr-03354-MLG Black; 1:25-cr-03356-KG Kee; 1:25-cr-03366-JB Gunther; 1:25-cr-03549-JB Garcia; 1:25-cr-3837 SEALED; 1:25-cr-03858-KG Poellnitz; 2:25-cr-03253-SMD Martinez; and 1:25-cr-03864-KG Dominguez.

Discussion heard regarding budget constraints due to the government shutdown and the continued availability of counsel.   All attorneys state they are deemed essential and will be available going forward. The location of any in-person hearings is discussed. A decision will be made later between holding court in Albuquerque, NM or St. George, UT.   Ms. Katze and Mr. Bustamonte have not determined whether their clients will waive their appearance at any hearing. Counsel are instructed to email the Court a list of the defendants who will need interpreters at any in-person hearing.   No counsel are aware of any similar motions being filed in cases in DNM or other districts having a juvenile defendant other than 1:25-cr-3837.

Courtesy copies emailed to the Court of all filings in the juvenile case are necessary.   Discussion is heard regarding the procedural handling of any later filed similar motions in other cases and whether a stay would be appropriate.   Counsel agree the newly filed motion in the *Dominguez* case can be briefed and decided with the other cases.

The Court inquires about upcoming trial dates in some of the cases.   The defense intends to seek trial continuances pending the resolution of the motions.   The prosecution has been agreeing to continuances in cases with motions pending, however, it will continue to oppose continuance motions made in cases without a pending motion. To date, those motions have been granted.

The Court is aware of two cases on appeal, one in the 3rd Circuit and one in the 9th Circuit.   If counsel become aware of other appeals or District Court rulings, they are instructed to give the Court notice.

Counsel for the prosecution and defendants request that oral argument be heard on the pending motions. The Court states that after it receives all the briefing it will be in a place where an oral argument can be set. The Court will propose to counsel dates and times for oral argument.   Court is adjourned.

**COURT IN RECESS:**     **9:20 a.m.**