# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

JOSHUA BLACK
*Defendant*

Case No. 25-CR-3354-MLG

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, _Joshua J. Black_, Defendant, understand that I am scheduled for a motion hearing on November 14, 2025.

I understand that I am entitled to personally appear before the court at every stage of the criminal proceedings. I understand this hearing involves the disqualification of the United States Attorney for the District of New Mexico and is a question of law. After reading and understanding the above, I request that the court permit me to waive a personal appearance in court for the following hearing.

Date: _Nov 6, 2025_

_Joshua Jr Black_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

_Buck Glanz_
*Printed name of defendant's attorney*

_buck-glanz@fd.org_
*Defendant's attorney's e-mail address*