UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Senior Judge David Nuffer (by Designation/District of Utah)**

**Case Nos. & Case Captions:**

| | |
|---|---|
| 1:22-cr-01721-KWR Ramirez-Martinez | 1:25-cr-03864-KG Dominguez |
| 1:24-cr-01105-MLG Brady | 1:25-cr-03865-JB Sedillo |
| 1:25-cr-03250-JB Esqueda | 1:25-cr-04139-DHU Lopez |
| 1:25-cr-03353-JB Chee | 1:25-cr-04141-KG Grey |
| 1:25-cr-03354-MLG Black | 1:25-cr-04145-DHU Cleveland |
| 1:25-cr-03356-KG Kee | 1:25-cr-04412-DHU Archuleta |
| 1:25-cr-03366-JB Gunther | 1:25-cr-04413-KG Benally |
| 1:25-cr-03549-JB Garcia | 1:25-cr-04418-MLG McAfee |
| 1:25-cr-3837 SEALED | 2:25-cr-03253-SMD Martinez |
| 1:25-cr-03858-KG Poellnitz | |

**Date:** 11/14/2025

**Courtroom Clerk/Law Clerk:** R. Garcia/Andrew Munson

**Court Reporter:** C. McAlister

**Interpreter:** N/A

**Type of Proceeding:** Hearing on Motions to Dismiss Indictment and Disqualify U.S. Attorney

**Court's Ruling/Disposition:** Court takes matter under advisement and orders supplemental briefing.

**Place of Court:** Albuquerque

**Total time in Court:** 3 hours and 43 minutes

**Evidentiary Hearing:** YES

**Attorneys Present for Plaintiff(s):**
Kimberly Brawley/Paige Messec, AUSA

**Attorneys Present for Defendant(s):**
Margaret Katze, Theodosia Johnson, Violet Edelman, Amanda Skinner, Gene Franco, Dennis Candelaria in FPD Cases
Edward Bustamante, Appointed (1:22-cr-01721-KWR Ramirez-Martinez and 1:24-cr-01105-MLG Brady)
Sarah Gorman, Appointed (1:25-cr-04145-DHU Cleveland)
Damian Rasmussen, Appointed (1:25-cr-04418-MLG McAfee)

**Proceedings:**

9:01    Court in session.
          The Court discusses the recent motion filed in USA v. Magnuson and whether that case should be folded into this hearing; counsel for Mr. Magnuson, Mr. Franco, requests a bench conference; bench conference held; Court will not consider Mr. Magnuson's case today; Mr. Franco is excused from the hearings. Mr. Candelaria advises he will have to leave in a few minutes and Ms. Katze will speak on behalf of his client.

|       |   |
|-------|---|
|       | The Court notes his appointment to hear only the motions filed in these many cases; counsel agree and state that the Court is validly appointed to hear theses motions. |
|       | Ms. Messec asks if Ms. Katze will be speaking on behalf of all defendants; defense counsel advise that Ms. Katze will speak for their clients. |
|       | The Court questions counsel and conducts colloquy with counsel re various filings in the cases before the Court. |
|       | The Court questions counsel re preliminary and factual matters as it relates to Mr. Ellison's authority and roll as U.S. Attorney; counsel respond. |
|       | Ms. Katze makes note of a video of Mr. Ellison's statements that she would like to provide to the Court and Government; Court asks that Ms. Katze review the video with the Government before the Court may view it. |
|       | The Court continues with questioning of counsel re validity of Mr. Ellison's appointment as U.S. Attorney and his roll; counsel respond. |
|       | The Court questions counsel re related case law and distinctions from this case; counsel respond. |
|       | The Court questions counsel re 28 U.S.C. Section 546 and 547; counsel respond. |
|       | The Court questions counsel re the Office of United States Attorney; counsel respond. |
| 10:44 | Court takes a 10-minute recess. |
| 11:02 | Court back in session. |
|       | Ms. Skinner notes she has shown the previously mentioned video of Mr. Ellison to the Government; Ms. Messec advises the Government has no objection to the showing of the video to the Court; Court directs Ms. Skinner to lodge the video with the Court; Ms. Katze advises they will do so. |
|       | Ms. Skinner plays the video for the Court. |
|       | The Court questions Ms. Katze re what the video proports to show; Ms. Katze responds; Ms. Messec replies. |
|       | The Court questions counsel re the Federal Vacancies Reform Act; counsel respond. |
|       | The Court questions counsel re the Interaction of relevant Statutes; counsel respond. |
|       | The Court questions counsel re the subject of Inferior Officers; counsel respond. |
|       | The Court questions counsel re the Delegation of Powers; counsel respond; Ms. Katze makes reference to an article that quotes Senator Bird; Court asks Ms. Katze to provide that reference to the Government and the Court. |
|       | The Court discusses Statutory and Opinion Analysis with counsel. |
|       | The Court questions counsel re the subject of Remedies; counsel respond. |
|       | The Court addresses what supplemental briefing will be necessary from counsel. |
|       | Ms. Messec notes some additional materials to be provided to the Court. |
|       | The Court notes material(s) Ms. Katze was to provide to the Court. |
|       | Ms. Katze makes final argument. |
|       | Ms. Messec has nothing more to add. |
|       | The Court discusses supplemental briefing schedule with counsel; Court orders supplemental briefs to be due on 12/5/25; responsive briefs shall be due 12/19/25. |
|       | The Court thanks counsel and addresses defendants re the importance of the issue before the Court today. |
| 1:02  | Court in recess. |