IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

           Plaintiff,

     v.                                       Case No. 25-CR-3354-MLG

JOSHUA BLACK,

           Defendant.

## NOTICE OF LODGING OF VIDEO

TO THE ABOVE CAPTIONED COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Defendant, Joshua Black, hereby gives notice that he is lodging a copy of *Defendant's Exhibit A* with the Court that was introduced on the record at the Motion Hearing on November 14, 2025. As ordered by the court a Notice of Lodging will be filed in each case heard on November 14, 2025, but only one copy of the thumb drive will be provided to the Clerk's Office.

                                              Respectfully Submitted,

                                              FEDERAL PUBLIC DEFENDER
                                              111 Lomas Blvd. NW, Suite 501
                                              Albuquerque, New México 87102
                                              (T) (505) 346-2489
                                              (F) (505) 346-2494

                                              /s/ *Electronically Filed 11-18-25*
                                              MARGARET A. KATZE
                                              Federal Public Defender
                                              Counsel for Mr. Joshua Black