THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ORDER DIRECTING TRANSCRIPT CORRECTIONS**

District Judge David Nuffer (sitting under designation from the Tenth Circuit Court of Appeals on Motions to Dismiss Indictment and Disqualify United States Attorney)

UNITED STATES OF AMERICA, Plaintiff,

v.

| | |
|---|---|
| RAFAEL RAMIREZ-MARTINEZ, Defendant. | Case No. 1:22-cr-01721-KWR |
| EDISON BRADY, Defendant. | Case No. 1:24-cr-01105-MLG |
| ALI ALHIGAIMI ESQUEDA, Defendant. | Case No. 1:25-cr-03250-JB |
| BRYSON CHEE, Defendant. | Case No. 1:25-cr-03353-JB |
| JOSHUA BLACK, Defendant. | Case No. 1:25-cr-03354-MLG |
| RYAN NOLAN KEE, Defendant. | Case No. 1:25-cr-03356-KG |
| JULIAN GUNTHER, Defendant. | Case No. 1:25-cr-03366-JB |
| JOSE MAGANA GARCIA, Defendant. | Case No. 1:25-cr-03549-JB |
| SEALED, Defendant | Case No. 1:25-cr-03837-MLG |
| DOUGLAS ALLEN MAGNUSON, Defendant. | Case No. 1:25-cr-03856-KWR |
| LEON JEREMY POELLNITZ, Defendant. | Case No. 1:25-cr-03858-KG |
| JOHN C. DOMINGUEZ, Defendant. | Case No. 1:25-cr-03864-KG |
| RICHARD SEDILLO, Defendant. | Case No. 1:25-cr-03865-JB |
| MARTY LOPEZ, Defendant. | Case No. 1:25-cr-04139-DHU |
| MABELENE GREY, Defendant. | Case No. 1:25-cr-04141-KG |
| AZARIAH CLEVELAND, Defendant. | Case No. 1:25-cr-04145-DHU |
| DESIREE ARCHULETA, Defendant. | Case No. 1:25-cr-04412-DHU |
| KENDALL BENALLY, Defendant. | Case No. 1:25-cr-04413-KG |
| ERIC SHAUN MCAFEE, Defendant. | Case No. 1:25-cr-04418-MLG |
| JACOB EZEKIEL MARTINEZ, Defendant. | Case No. 2:25-cr-03253-SMD |

Through a series of emails,[1] counsel have agreed that some minor corrections should be made in the November 14, 2025, oral argument transcript. And in verifying these corrections, another minor correction was found. Therefore,

---

[1] Email from Paige Messec to Chambers sent Tuesday, November 25, 2025, 1:44:10 PM, requesting corrections 2-6 and email from Chambers to all counsel sent Monday, December 1, 2025 12:33:10 PM, requesting notice of any *disagreement* with the proposed corrections. No responsive email was received.

IT IS HEREBY ORDERED that the transcript version filed November 21, 2025, shall be corrected as follows:

1. P. 14 line 4: "supplemental memorandum" should be "supplemental memoranda";

2. P. 14 line 14: "this case" should be "Ms. Katze";

3. P. 45 line 16: "pleading" should be "fleeting";

4. P. 45 line 25: "nor do I do" (strike second "do");

5. P. 50 line 7: attribution should be to Ms. Katze;

6. P. 112 lines 16-18: alter punctuation/capitalization to delineate break between sentences: "I don't think that we got into it much, if any, in our written response here[.] [I]n the Third Circuit brief in Giraud[,] in the Government's reply brief, we go through it in some detail on pages 24 through 26."

IT IS FURTHER ORDERED that the court reporter shall prepare a revised transcript entitled "REVISED REDACTED TRANSCRIPT OF PROCEEDINGS" and cause it to be filed in each of these cases except Case No. 1:25-cr-03856-KWR, *United States v Magnuson*. In the *Magnuson* case, the revised transcript shall be entitled "REVISED SEALED TRANSCRIPT OF PROCEEDINGS."

Dated December 12, 2025.

BY THE COURT:

_____
David Nuffer
United States District Judge