IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 25-CR-3354 MLG

JOSHUA BLACK,

          Defendant.

### NOTICE OF WITHDRAWAL AS COUNSEL

    Undersigned counsel Margaret A. Katze hereby provides notice to the Court of her withdrawal as counsel in the above captioned matter on February 18, 2026.

          Respectfully submitted,

          FEDERAL PUBLIC DEFENDER
          111 Lomas Blvd NW, Suite 501
          Albuquerque, NM 87102
          (505) 346-2489

          _/s/ filed electronically 2/18/26_
          MARGARET A. KATZE, FPD
          Attorney for Defendant