IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. No. 25-CR-3354-MLG

JOSHUA BLACK,

Defendant.

**NOTICE OF UNAVAILABILITY**

Undersigned counsel of record for Joshua Black, Assistant Federal Public Defender Buck Glanz, hereby provides notice to the Court and the government that he will be unavailable from May 19, 2026, through May 22, 2026. Counsel humbly requests this Court not schedule any proceedings in this matter during this time period.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
buck_glanz@fd.org

***Electronically filed May 4, 2026***
/s/ Buck Glanz
Assistant Federal Public Defender
Attorney for Defendant