**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | 25-CR-3354 MLG | UNITED STATES vs. Black | |
| Hearing Date: | Friday, May 15, 2026 | Time In and Out: | 3:10 p.m./3:17 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Pecos |
| Defendant: | Joshua Black | Defendant's Counsel: | Buck Glanz |
| AUSA: | Maria Stiteler | Pretrial/Probation: | Beatrice Manzanares |
| Interpreter: | N/A | Witness: | |

**Initial Appearance**

| | | | |
|---|---|---|---|
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant currently has Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Show Cause/Detention Hearing | on Tuesday, May 19, 2026 | @ 9:30 a.m. |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Preliminary Hearing held | | |
| ☐ | Court finds | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant remanded to the custody of United States Marshal's Service | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to for Final Revocation Hearing |
| ☒ | Defense counsel addresses the court regarding defendant's medication; the Court asks the USMS to notify the facility that defendant needs to remain on his medications |

p