**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni, United States Magistrate Judge

Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 25-3354 MLG | UNITED STATES vs. Black | |
| Hearing Date: | Tuesday, May 19, 2026 | Time In and Out: | 10:00 am-10:12 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Joshua Black | Defendant's Counsel: | Buck Glanz |
| AUSA: | Nicholas Marshall | Pretrial/Probation: | Jacob Gomez |
| Interpreter: | | Witness: | |

**Initial Appearance**

| | | | |
|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☒ | Defendant waives Show Cause Hearing | | |
| ☐ | Preliminary Hearing held | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | Defendant will be released to Anchor Treatment |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☒ | Matter referred to District Judge for Final Revocation Hearing |
| ☐ | |