IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 25-3354-MLG |
| | ) | |
| v. | ) | |
| | ) | |
| **JOSHUA BLACK**, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF UNAVAILABILITY OF COUNSEL**

The undersigned counsel for the United States hereby notifies this Court and Defendant's counsel that he will be unavailable for court settings from May 26, 2026 to June 9, 2026, as he will be on personal leave and out of town during this time. Counsel respectfully requests that any hearings or any other matters in this case not be scheduled on these dates as undersigned counsel will be unavailable.

Respectfully submitted,

TODD BLANCHE
Acting United States Attorney General
RYAN ELLISON
First Assistant United States Attorney

*Electronically Filed May 22, 2026*__

NICHOLAS J. MARSHALL
Assistant United States Attorney
201 3rd Street NW, Suite #900
Albuquerque, New Mexico 87102
(505) 224-1404
Nicholas.Marshall@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties and counsel of record to be served, as more fully reflected on the Notice of Electronic Filing.

*/s/ Nicholas J. Marshall*
NICHOLAS J. MARSHALL
Assistant United States Attorney