PS8
(8/88)

# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

U.S.A. vs Joshua Black Docket No. 1:25CR03354-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jacob A. Gomez PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of Joshua Black who was placed under pretrial release supervision by the Honorable Jennifer M. Rozzoni, United States Magistrate Judge, sitting in the Court at Albuquerque, New Mexico, on May 19, 2026, with conditions which included the following:

(6) The defendant is placed in the custody of Anchor Behavioral Health.
(7)(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed bv the pretrial services office.

**Respectfully presenting petition for action of court and for cause as follows:**
On September 2, 2026, a representative of the Anchor Behavioral Health program contacted this office and advised the defendant admitted to drinking alcohol over the weekend prior. Program staff transported him to the county detox facility, and he would remain there until September 3, 2026. Program staff agreed to bring the defendant into the pretrial office on September 4, 2026, at 9:30 AM for a meeting. The defendant never reported to the pretrial office and attempts to contact Anchor staff were unsuccessful. There is no information to suggest he is still a participant in the Anchor program.

Respectfully recommending the Court order a warrant for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **September 4, 2026**

Jacob A. Gomez
Senior United States Probation Officer
Cell #: 505-280-6928
Place: Albuquerque, New Mexico