**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni, United States Magistrate Judge

Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 25-CR-3354 MLG | UNITED STATES vs. Black | |
| Hearing Date: | Friday, September 11, 2026 | Time In and Out: | 9:49 a.m./9:53 a.m.<br>10:12 a.m./10:36 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Joshua Black | Defendant's Counsel: | Buck Glanz |
| AUSA: | Nicholas Marshall | Pretrial/Probation: | Jacob Gomez |
| Interpreter: | | Witness: | Jacob Gomez, United States Probation Officer |

**Initial Appearance**

| | | | | |
|---|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | | |
| ☐ | Defendant | | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention | |
| ☐ | Set for | on | | @ |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☒ | Preliminary Hearing held; Government calls United States Probation Officer Jacob Gomez, sworn, direct; cross-examination; Court-questions Officer Gomez; Officer Gomez-responds; AUSA-redirect; FPD-recross; witness excused; USA-argues for probable cause; nothing from defense; Court-findings | | |
| ☒ | Court finds defendant violated conditions of pretrial release | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☒ | FPD-proffers; AUSA-proffers; USPO Gomez-addresses the Court, recommends detention pending placement at an appropriate in-patient treatment program; AUSA-responds; Court-questions; FPD-responds; Court-findings, |

**Custody Status**

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | Defendant shall be released to the Four Winds inpatient program, or a similar inpatient program approved by Pretrial Services, once a bed becomes available. Should a bed at the La Pasada Halfway house become available prior to bed space at Four Winds, Defendant shall be released to La Pasada while he awaits his bed space at the approved inpatient treatment program. |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to for Final Revocation Hearing |
| ☐ | |